

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00130-CR

Joshua **ORCASITAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7776
Honorable Mary D. Roman, Judge Presiding

## O R D E R

    The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED IN PART. The Appellant's brief is due on or before October 20, 2014. No further extensions of time will be granted.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court